# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                        CASE NO. **13-** 10007 **-01** -JTM

**AMEL KEVIN LOOP,**

      Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**18 U.S.C. § 2252(a)(2)**
**(Distribution of Child Pornography)**

On or about November 5, 2012, in the District of Kansas and elsewhere, the defendant,

**AMEL KEVIN LOOP,**

the defendant herein, did knowingly and intentionally distribute, by computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been

mailed, shipped and transported in interstate commerce, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

### 18 U.S.C. § 2252(a)(4)(B)
### (Possession of Child Pornography)

On or about December 19, 2012, in the District of Kansas, the defendant,

**AMEL KEVIN LOOP,**

did knowingly and intentionally possess and access with intent to view one or more matters which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2252(a)(2) or 2252(a)(4)(B), as set out in Counts 1 and 2 of this Indictment, the defendant, **AMEL KEVIN LOOP,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

1.   Laptop.

All pursuant to Title 18, United States Code, Section 2253 (a).

## A TRUE BILL.

| | |
|---|---|
| January 8, 2013 | /s/   Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**