AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   13-cr-10007-JTM |
| AMEL KEVIN LOOP | ) | |
| *Defendant* | ) | |

13 JAN 15 AM 11:47

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AMEL KEVIN LOOP ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2)

Date:   01/09/2013

S/ A. Anderson
*Issuing officer's signature*

City and state:   Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)*  1/9/2013 , and the person was arrested on *(date)*  1/9/13
at *(city and state)*  Wichita, KS .

Date:   1/9/13

For FBI

*Arresting officer's signature*

BLAKE LEMER DUSM
*Printed name and title*