IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br>       )<br>vs. )<br>       )<br>AMEL KEVIN LOOP, )<br>   Defendant. )<br>       ) | Case No. 13-10007-01-JTM |

## MOTION FOR CONTINUANCE

The defendant, Amel Kevin Loop, through counsel, David J. Freund, Assistant Federal Public Defender for the District of Kansas, moves this Court for an order continuing the trial at least 60 days to a later date to be determined by the Court.

In support of said motion, counsel for defendant informs the Court that defendant has retained an expert to conduct a forensic review of the hard drives seized in this case. Due to sequestration and budget constraints, counsel had hoped to make the hard drive available to its expert at her location. However, those arrangements could not be made and the defense expert must travel to conduct the forensic examination of the hard drive.

That examination is now scheduled for August 20-21, 2013, at the Regional Computer Forensics Laboratory in Kansas City, Missouri. The forensic examination is necessary to adequately prepare for trial and evaluate potential defenses. On July 8, 2013, Defendant Loop was present in Court and personally acknowledged that he understands the necessity of a continuance and has no objection. Counsel for the government, Jason Hart, has no objection to this continuance.

Such continuance outweighs the best interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7). Although delay resulting from a continuance granted by the

district court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," *Zedner v. United States*, 547 U. S. 489, 498 (2009), and gives district courts "discretion . . . to accommodate limited delays for case-specific needs," *id.*, at 499. Delay granted pursuant to §3161(h)(7) may be excluded if the district court makes the findings required by 18 U.S.C. 3161(h)(7). *Bloate v. United States*, 130 S. Ct. 1345, 2010 WL 757660, 176 L.Ed.2d 54 (2010)

The ends of justice would be served by this continuance, and a failure to grant the continuance would deprived defendant of the continuity of counsel and deny him reasonable time for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel for the government is in trial and could not be contacted to determine her position on the requested continuance.

WHEREFORE, counsel for defendant moves this Court for an order continuing the trial at least 60 days to a later date to be determined by the Court.

                                              Respectfully submitted,

                                              s/David J. Freund
                                              DAVID J. FREUND
                                              Sup. Ct. No. 17736
                                              Assistant Federal Public Defender
                                              Federal Public Defender Office
                                              301 N. Main, Suite 850
                                              Wichita, KS 67202
                                              Telephone: (316) 269-6445
                                              Fax: (316) 269-6175
                                              E-mail: David_Freund@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing MOTION FOR CONTINUANCE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason Hart
Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202

    s/David J. Freund
    DAVID J. FREUND
    Sup. Ct. No. 17736
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: (316) 269-6445
    Fax: (316) 269-6175
    E-mail: David_Freund@fd.org