IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>AMEL LOOP, )<br>    Defendant. )<br>_____ ) | Case No. 13-10007-01-JTM |

## ORDER FOR CONTINUANCE

NOW on this 26th day of July, 2013, the above matter comes before the Court upon the motion of counsel for the defendant for a continuance of the trial for at least 60 days to a later date to be determined by the Court.

The Court, after reviewing the motion and being fully advised in the premises finds that defendant has retained an expert to conduct a forensic review of the hard drives seized in this case. Due to sequestration and budget constraints, counsel had hoped to make the hard drive available to its expert at her location. However, those arrangements could not be made and the defense expert must travel to conduct the forensic examination of the hard drive.

That examination is now scheduled for August 20-21, 2013, at the Regional Computer Forensics Laboratory in Kansas City, Missouri. The forensic examination is necessary to adequately prepare for trial and evaluate potential defenses. On July 8, 2013, Defendant Loop was present in Court and personally acknowledged that he understands the necessity of a continuance and has no objection. Counsel for the government, Jason Hart, has no objection to this continuance.

The Court further finds that the period of delay resulting from the continuance granted

pursuant to this order shall be excludable time as provided for in 18 U.S.C. 3161 (h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the jury trial be continued until October 22, 2013, at 9:00 a.m. A status conference is set on October 2, 2013, at 2:30 p.m.

s/ J. Thomas Marten
HONORABLE J. THOMAS MARTEN
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

s/David J. Freund
DAVID J. FREUND
KS Sup. Ct. No. 17736
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: David_Freund@fd.org

s/Jason Hart
JASON HART
Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: Jason.hart2@usdoj.gov
KS Sup. Ct. No. 20276